**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

Devaughn Campbell,

                Petitioner,                          19 **CIVIL** 2980 (AJN)(SLC)

    -against-                                **JUDGMENT**

Timothy McCarthy, Superintendent of Auburn
Correctional Facility

                Respondent.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2021, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. The Court reviewed the Report & Recommendation for clear error and found none. The Report & Recommendation is ADOPTED in its entirety and the Petitioner's § 2254 petition is dismissed. Because Petitioner "has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue." The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York
           January 22, 2021

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                            **BY:**      *K. Mango*
                                                   **Deputy Clerk**